IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL SMITH,

        Plaintiff,                  2:06-cv-2066-GEB-DAD-P

    vs.

C/O GORDON, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 28, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations together with a motion for an evidentiary hearing.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.  The director's level decision demonstrates conclusively that plaintiff's claims were exhausted on November 29, 2006, almost four months after plaintiff brought this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 28, 2006, are adopted in full;

2. Plaintiff's August 7, 2006 application to proceed in forma pauperis is denied;

3. Plaintiff's January 25, 2007 motion for evidentiary hearing is denied; and

4. This action is dismissed without prejudice for failure to exhaust available administrative remedies before bringing the action.

Dated: February 2, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2